◼ In the Matter of ALBERT SHELTON, an Attorney. DENIS M. HURLEY, Petitioner; ALBERT SHELTON, Respondent.— Motion by petitioner to confirm the Referee's report finding the respondent guilty of the charges and recommending that he be disbarred. Motion granted; report confirmed; respondent disbarred and his name struck from the roll of attorneys and counsellors at law, effective 20 days after entry of the order hereon. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

◼ In the Matter of JACOB HORN, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Application by petitioner to discipline respondent, granted; respondent suspended from the practice of law for one year, commencing 20 days after entry of the order hereon. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BATTLE, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel. Motion denied. It appears that the notice of appeal was not timely served. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. MORROW, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel; or for leave to appeal to the Court of Appeals. Motion in all respects denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.